IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     2015 CHEVROLET CORVETTE Z06 6LZ, VIN: 1G1YT2D6XF5604891; and
2.     $28,946.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395 and 21 U.S.C. § 881(j) as the defendant property is located, and acts described herein occurred, in the District of Colorado.

## DEFENDANT PROPERTY

3.     Defendant property is more fully described as follows:

    a. 2015 Chevrolet Corvette Z06 3LZ, VIN: 1G1YT2D6XF5604891

1

    ("defendant 2015 Chevrolet Corvette"), was purchased in June 2020, and is registered to Daniel Mata, and upon information and belief is unencumbered. Defendant 2015 Chevrolet Corvette was seized on January 21, 2021, in the 4500 block of North Frasier Way in Denver, Colorado, and is currently being held by the United States Marshals Service in Denver, Colorado.

  b. $28,946.00 in United States currency ("defendant $28,946.00 in U.S. currency"), was seized on January 21, 2021, in the 4500 block of North Frasier Way, in Denver, Colorado, and is currently being held by the United States Marshals Service in Denver, Colorado.

## **FACTUAL BASIS FOR FORFEITURE**

  4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## Investigation

**A. January 21, 2021**

### Defendant 2015 Chevrolet Corvette and Defendant $28,946.00 in United States Currency

  5. On January 21, 2021, law enforcement officers were conducting surveillance near the 4500 block of North Frasier Way in Denver, Colorado. At the time, defendant 2015 Chevrolet was being driven in the area and law enforcement officers observed the driver of defendant 2015 Chevrolet Corvette commit a traffic infraction. Defendant 2015 Chevrolet Corvette was stopped by Denver Police Department officers for the traffic infraction.

  6. Law enforcement officers contacted the occupants of defendant 2015 Chevrolet Corvette. Daniel Mata was the driver, and another individual was in the passenger seat.

7. While speaking to the occupants of defendant 2015 Chevrolet Corvette, officers noticed several packages of suspected cocaine on the floorboard on the driver's side. Law enforcement officers then searched defendant 2015 Chevrolet Corvette and found approximately 484.47 grams of cocaine, packaging materials, a digital scale, and defendant $28,946.00 in U.S. currency.

8. During the course of the investigation, law enforcement officers discovered that defendant 2015 Chevrolet Corvette was purchased in June 2020, and it was registered to Daniel Mata.

9. Based on the conduct on January 21, 2021, Daniel Mata pleaded guilty in Denver County, Colorado in criminal case number 2021CR474, to possession with intent to distribute a controlled substance, a Class 3 Felony.

**B. January 26, 2021**

10. Five days later, on January 26, 2021, law enforcement officers were conducting surveillance at Daniel Mata's residence in Denver, Colorado. They observed a van arrive and park in front of the residence, and then observed a second vehicle arrive and also park in front of the residence. Daniel Mata was then seen leaving the residence carrying a bag and was observed walking to the second vehicle. Daniel Mata spoke for a short time to the occupants of the second vehicle, and then walked to the van and got into the passenger seat.

11. Law enforcement officers then observed the van leaving the area. The van was later stopped for a traffic infraction and law enforcement officers contacted the driver and the passenger, Daniel Mata. The driver gave consent to law enforcement officers to search the van and they discovered Daniel Mata's bag inside the van. Daniel Mata gave

consent to search the bag. Law enforcement officers discovered cocaine inside the bag, and $950.00 in United States currency in Daniel Mata's pants pocket.

12. On January 26, 2021, law enforcement officers executed a search warrant at Daniel Mata's residence in Denver, Colorado. During the search, approximately 115.97 grams of cocaine was located inside Daniel Mata's residence.

13. On August 27, 2021, Daniel Mata pleaded guilty in Denver County, Colorado in criminal case number 2021CR578, to possession with intent to distribute a controlled substance, a Class 3 Felony, with an offense date of January 26, 2021.

**C. December 1, 2021**

14. On December 1, 2021, law enforcement officers executed a second search warrant at Daniel Mata's residence in Denver, Colorado. During the search, they discovered approximately 582.94 grams of cocaine, a money counter, drug packaging material, and two digital scales.

15. On May 12, 2022, Daniel Mata was charged in Denver County, Colorado in criminal case number 2021CR7018 with possession with intent to distribute and distribution of a controlled substance, a Class 1 Felony, with an offense date of December 1, 2021.

**Colorado States Wages**

16. The Colorado Department of Labor and Employment have no reported wages in the state of Colorado for Daniel Mata for the last five years.

**CONCLUSION**

17. Based on the facts and circumstances described above, evidence shows that the defendant assets were derived from, or involved in, the distribution of illegal narcotics.

4

## CERTIFICATION OF JOHN ROBLEDO TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Task Force Officer John Robledo, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

TFO _____
John Robledo
Task Force Officer - DEA

## FIRST CLAIM FOR RELIEF

30. The Plaintiff repeats and incorporates by reference the paragraphs above.

31. By the foregoing and other acts, defendant 2015 Chevrolet Corvette constitutes property traceable to proceeds of an exchange of a controlled substance in violation of 21 U.S.C. § 801, *et seq*., and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

32. The Plaintiff repeats and incorporates by reference the paragraphs above.

33. By the foregoing and other acts, defendant 2015 Chevrolet Corvette constitutes property used, or intended to be used, in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property used in the commission of violations of 21 U.S.C. § 801, *et seq*., and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

## THIRD CLAIM FOR RELIEF

34. The Plaintiff repeats and incorporates by reference the paragraphs above.

35. By the foregoing and other acts, defendant $28,946.00 in U.S. currency constitutes monies furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or proceeds used or intended to be used to facilitate violation of 21 U.S.C. § 801, *et seq*.  Therefore, defendant $28,946.00 in U.S. currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a

finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 9th day of June 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*